1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

11  JORGE GONZALEZ-PELAYO,            Case No. 2:23-cv-06401-AB-E

12           Plaintiff,               [PROPOSED] ORDER DISMISSING
                                      ACTION WITH PREJUDICE
13        v.

14  BANK OF AMERICA, N.A.,

15           Defendant.

16

17        The Court, having considered the parties' Stipulation of Dismissal, hereby

18  **DISMISSES WITH PREJUDICE** all claims against Defendant Bank of America,

19  N.A.  The parties will bear their own attorneys' fees and costs incurred in this

20  action.

21

22        **IT IS SO ORDERED**.

23

24  Dated: December 20, 2023

25                                    _____
                                      ANDRÉ BIROTTE JR.
26                                    UNITED STATES DISTRICT JUDGE

27

28